# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

DALE E.,

_____
*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY,

_____
*Defendant*

)
)
)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Nov 21, 2018

SEAN F. McAVOY, CLERK

Civil Action No.   1:17-CV-03186-MKD

## JUDGMENT IN A CIVIL ACTION

The court orders *(check one)*:

❒  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Plaintiff's Motion for Summary Judgment (ECF No. 15) is Granted.
Defendant's Motion for Summary Judgment (ECF No. 16) is Denied.
The matter is Reversed and Remanded to the Commissioner of Social Security.
Judgment is entered for the Plaintiff.

This action was *(check one)*:

❒  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❒  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Mary K. Dimke _____ on cross-motions for summary

judgment.

Date:  November 21, 2018

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Angela Noel
_____
*(By) Deputy Clerk*

Angela Noel
_____